UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**DEBORAH LAUFER,**
    **Plaintiff,**

v.   Case No: 1:20-cv-2475-NYW

**RANDALL J. LOOPER and**
**CYNTHIA C. LOOPER dba**
**ELK RUN INN,**
    **Defendant.**

_____

**DEBORAH LAUFER,**
    **Plaintiff,**

v.   Case No: 1:20-cv-2405

**2500 ARAPAHOE ST., LLC,**

**STATEMENT MADE PURSUANT TO 28 U.S.C. SECTION 1746**

1. I had previously submitted an Affidavit in Laufer v. 2500 Arapahoe, St., LLC, which refers to my "daughter". This was the result of a miscommunication with my attorney who drafted the affidavit for my review. In reviewing the affidavit, I did not notice that the family member was mistakenly referenced as my "daughter". I wish to clarify that statement, as it is my niece who lives in Colorado. I have visited her several times, including approximately once each year for the past several years.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

Date: 12.8.20

_____
DEBORAH LAUFER

1