IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02405-KLM

DEBORAH LAUFER, an individual,

    Plaintiff,

v.

2500 ARAPAHOE ST LLC,

    Defendant.

_____

# ORDER OF STAY
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court in connection with **Defendant's Motion to Dismiss and in the Alternative, Defendant's Motion to Stay** [#15] (the "Motion to Dismiss"), **Defendant's Motion to Stay Scheduling Order Deadlines** [#38] (the "Motion to Stay Deadlines"), and Plaintiff's Motion for Leave to Amend Complaint [#41] (the "Motion to Amend"). For the reasons stated below, the Court denies these Motions **without prejudice**, and stays the case pending resolution by the Tenth Circuit of *Deborah Laufer v. Looper, et al,* 21-1031 (10th Cir. 2021) (appeal of district court case No. 20-cv-02475-NYW, 2021 WL 330566 (D. Colo. Jan. 11, 2021) ("*Looper* Appeal").

As noted in Defendant's Notice of Supplemental Authorities [#39] filed as to the Motion to Dismiss [#15], Magistrate Judge Wang in the *Looper* case recently granted a motion to dismiss based on lack of standing; the *Looper* case is nearly identical to this case. *Id.* at 1. This decision is now on appeal to the Tenth Circuit. Both this case and

*Looper* involve ADA claims by Plaintiff related to her out of state use of an online room reservation system.

The Court recently stayed another similar case filed by Plaintiff pending disposition of the *Looper* Appeal. *See Minute Order* [#24] in *Laufer v. Campfield Properties, LLC,* No. 20-cv-03715-KLM. That Minute Order [#24] noted that the motion to dismiss in the case sought dismissal on the same grounds that will be addressed by the Tenth Circuit. *Id*. The Court finds that this is also true regarding the Motion to Dismiss [#15] in this case, and that this case should similarly be stayed pending resolution of the *Looper* Appeal.

While Plaintiff has filed a Motion to Amend [#41], the Motion is based on Judge Wang's decision in *Looper*. Thus, while Plaintiff states she believes her claims are viable, she seeks to amend the Complaint "in anticipation of a similar ruling [to *Looper*] in the case at bar . . . ." *Id.* at 2. Resolution of the *Looper* case by the Tenth Circuit will thus also assist in resolving whether amendment of the case may be appropriate.

Based on the foregoing,

IT IS HEREBY ORDERED that the Motion to Dismiss [#15] is **DENIED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that the Motion to Stay Deadlines [#38], seeking to stay deadlines in the Scheduling Order pending a ruling on the Motion to Dismiss [#15], is **DENIED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that the Motion to Amend [#41] is **DENIED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that this case and all deadlines are **STAYED** pending resolution of the *Looper* Appeal.

IT IS FURTHER **ORDERED** that the parties shall file a Joint Status Report within **seven (7) days** of the Tenth Circuit's resolution of the *Looper* Appeal, advising the Court of the outcome and the impact on this case.

Dated:  March 17, 2021

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge